**William M. FINN, Plaintiff—Appellant,**

v.

**Lieutenant SPIKER; Sergeant Hicks; Lieutenant Moore; Captain D. Flippen, Defendants—Appellees.**

No. 05–7516.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2006.

Decided: March 2, 2006.

William M. Finn, Appellant Pro Se.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William M. Finn appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action for failure to comply with a court order regarding filing fees. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Finn v. Spiker,* No. CA–05–542–3 (E.D.Va. Sept. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*